UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARMEN GINN, ET AL.                                           CIVIL ACTION

VERSUS

WALMART INC., ET AL.                                          NO. 22-00026-BAJ-SDJ

## RULING AND ORDER

Plaintiffs originally filed this action in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana following an incident allegedly injuring Plaintiff Ginn in a Walmart Supercenter. (Doc. 1). Defendants removed this case claiming this Court has federal diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Doc. 1 at 4). Plaintiffs filed a Motion to Remand on January 20, 2025, arguing Defendants' removal of this case was untimely and procedurally defective. (Doc. 4). Defendants oppose the Motion. (Doc. 7). The Magistrate Judge issued a **Report and Recommendation (Doc. 17, the "Report")**, recommending that the Court deny Plaintiffs' Motion to Remand. The deadline to object to the Report has passed, with no objection filed by Plaintiffs.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion To Remand (Doc. 4) be and is hereby **DENIED**.

Baton Rouge, Louisiana, this 10th day of June, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**